## Commonwealth *v.* Wynn, Appellant.

Submitted November 9, 1970. *Joseph F. Mac-Krell*, and *Knox, Graham, Pearson, McLaughlin & Sennett*, for appellant; *James R. Dailey*, First Assistant District Attorney, and *Michael M. Palmisano*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.

## Commonwealth, Appellant, *v.* Yankovich.

Argued November 11, 1970. *Robert F. Banks*, First Assistant District Attorney, with him *Joseph J. Nelson*, District Attorney, for Commonwealth, appellant; *Michael J. Wherry*, Assistant Public Defender, with him *Warren R. Keck, III*, Public Defender, for appellee.

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissent.